**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Outten & Golden LLP
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

---

**HYLA GOLD,** individually, and on behalf of all others similarly situated as class representative,

                              Plaintiff,

-against-                              **Consent to be a Party Plaintiff**

**CLEAR CHANNEL COMMUNICATIONS, INC.** and **CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,**

                              Defendants.

---

      I consent to be a party plaintiff in the foregoing lawsuit against Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc., in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b). I hereby designate Outten & Golden LLP to represent me in the lawsuit.

_Hyla Gold_
Signature

_Hyla Gold_
Print Name

_9/18/07_
Date

_56 Hyatt Avenue_
Address

_Harrison, NY 10528_
City, State, and Zip Code