IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYLA GOLD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CLEAR CHANNEL COMMUNICATIONS, INC. and CLEAR CHANNEL OUTDOOR HOLDINGS, INC,<br><br>Defendants. | Civil Action No.<br>1:07-CV-08204-DLC |

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Defendant Clear Channel Communications, Inc. ("Clear Channel") certifies that it is a publicly traded company and that no publicly held company owns 10% or more of the Clear Channel's stock, and Defendant Clear Channel Outdoor Holdings, Inc. ("Clear Channel Outdoor") certifies that it is subsidiary of Clear Channel, which is publicly traded, and that no publicly held company other than Clear Channel Communications, Inc. owns 10% or more of Clear Channel Outdoor's stock.

|  |  |
|---|---|
| DATED: November 26, 2007 | Respectfully submitted,<br><br>MORGAN, LEWIS & BOCKIUS LLP<br><br>By: /s/ Leni D. Battaglia<br><br>Christopher A. Parlo (CP-4310)<br>Leni D. Battaglia     (LB-4704)<br>101 Park Avenue<br>New York, New York 10178-0060<br>(212) 309-6000<br>(212) 309-6001 (fax)<br><br>Counsel for Defendants<br>   Clear Channel Communications, Inc. and<br>   Clear Channel Outdoor Holdings, Inc. |

1-NY/2248200.2