**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**HYLA GOLD,** individually, and on behalf of all others similarly situated as class representative,

                              Plaintiff,

   -against-

**CLEAR CHANNEL COMMUNICATIONS, INC.** and
**CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,**

                              Defendants.

**Declaration of Cara E. Greene in Opposition to Defendants' Motion to Strike Plaintiff's State Law Class Action Claims**

_____

      I, Cara E. Greene, declare, upon personal knowledge and under penalty of perjury, pursuant to 29 U.S.C. Section 1746, that the following is true and correct:

      1.    I am an associate at Outten & Golden LLP, attorneys for Plaintiffs herein, and am an attorney in good standing admitted to practice in the State of New York and before this Court.  I make this declaration in opposition to Defendants' Motion to Strike Plaintiff's State Law Class Action Claims.

      2.    Attached as Exhibit A to the declaration is a true and correct copy of the Class Action and Collective Action Complaint, dated September 19, 2007, filed in this matter.

3. Attached as Exhibit B to this declaration is a true and correct copy of the Memorandum of Law of New York State Attorney General Eliot Spitzer as Amicus Curiae in *Ansoumana v. Gristede's Operating Corp.*, 00 Civ. 0253, dated March 23, 2001.

Dated: December 10, 2007
New York, NY

/s/ Cara E. Greene_____

**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**Attorneys for Plaintiff and the Putative Class**