Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Leni D. Battaglia**
212.309.7177
lbattaglia@morganlewis.com

December 11, 2007

**VIA ECF**

The Honorable Denise Cote
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:   Hyla Gold v. Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc., 1:07-CV-08204-DLC

Dear Judge Cote:

We represent Defendants Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc. ("Defendants") in the above-referenced case. We write on behalf of Defendants, with the consent of Plaintiff's counsel, to request an extension of time by which to reply to Plaintiff's opposition to Defendants' motion to strike Plaintiff's state law class action claims. The reply affidavits and memorandum of law are to be served, pursuant to Local Rule 6.1(b), by Monday, December 17, 2007. Defendants respectfully request, with the consent of Plaintiff's counsel, that the Court permit Defendants' reply affidavits and memorandum of law to be filed by no later than December 21, 2007. This is the Defendants' first request for an extension. The extension is necessary due to unanticipated demands in defense counsel's other litigations.

Thank you for Your Honor's courtesy in considering this request.

Respectfully submitted,


/s/ Leni D. Battaglia


cc:   Christopher A. Parlo, Esq.
      Piper Hoffman, Esq.
      Adam T. Klein, Esq.
      Cara E. Greene, Esq.
      Rachel Bien, Esq.

1-NY/2256847.1