## CERTIFICATE OF SERVICE

I Richard J. DeFortuna, hereby certify that on this 21st day of December 2007, the foregoing Reply Brief in Further Support of the Defendants Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc. To Strike Plaintiff's State Law Class Action, was filed electronically, is available for viewing and downloading from the ECF system, and was served by first class mail, postage prepaid, upon:

Piper Hoffman
Adam T. Klein
Cara E. Greene
Rachel Bien
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY 10016

Counsel for Plaintiff Hyla Gold

RICHARD J. DeFORTUNA