## CERTIFICATE OF SERVICE

I, Rachel Bien, under penalties of perjury, certify the following as true and correct: I am not a party to this action; and I am over 18 years of age. On this 21st day of December 2007, I served a true and correct copy of the Notice of Initial Pretrial Conference, filed on December 21, 2007, along with the Court's Individual Practices, by causing same to be served by email attorney of record for Defendants in this action, whose last known address is:

Leni D. Battaglia
Christopher A. Parlo
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
Email: lbattaglia@morganlewis.com; cparlo@morganlewis.com

*Rachel Bien*
Rachel Bien