Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
Tel: 212.309.6000
Fax: 212.309.6001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Christopher A. Parlo
(212) 309-6062
cparlo@morganlewis.com

**MEMO ENDORSED**


RECEIVED JAN 1 4 2008 CHAMBERS OF DENISE COTE

January 11, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

**VIA HAND DELIVERY**

The Honorable Denise Cote
United States District Judge
United States District Court
  for the Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

Re:  *Hyla Gold v. Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc.*, 1:07-CV-08204-DLC

Dear Judge Cote:

As discussed at our Rule 16 conference earlier today, please let this serve as confirmation that Defendants Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc. hereby withdraw their Motion To Strike Plaintiff's State Law Class Action Claims, with prejudice.

Sincerely,

Christopher A. Parlo

CAP/ldb
cc:  Michael J. Puma, Esq.
     Leni D. Battaglia, Esq.
     Adam T. Klein, Esq. (via e-mail and regular mail)
     Piper Hoffman, Esq. (via e-mail and regular mail)
     Cara E. Greene, Esq. (via e-mail and regular mail)
     Rachel Bien, Esq. (via e-mail and regular mail)

*So ordered. The Clerk of Court shall terminate the motion.*

*Denise Cote*
*January 14, 2008*

1-NY/2266372.1