UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
HYLA GOLD, individually and on behalf   :   07 CIV. 8204 (DLC)
of all others similarly situated as     :
class representative,                   :   PRETRIAL
                                        :   SCHEDULING ORDER
                 Plaintiff,             :
                                        :
       -v-                              :
                                        :   ┌─────────────────────────┐
CLEAR CHANNEL COMMUNICATIONS, INC. and  :   │ **USDC SDNY**           │
CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,   :   │ **DOCUMENT**            │
                                        :   │ **ELECTRONICALLY FILED**│
                 Defendants.            :   │ DOC #: _____  │
                                        :   │ DATE FILED: 1/23/08     │
------------------------------------------X └─────────────────────────┘

DENISE COTE, District Judge:

   The following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **January 25, 2008**.

2.   The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **April 11, 2008** in order to pursue settlement discussions under his supervision.

3.   The first phase of fact discovery must be completed by **April 11, 2008**.

4.   The next pretrial conference is scheduled for **June 13, 2008** at **10 a.m.** in Courtroom 11B, 500 Pearl Street.

Dated:   New York, New York
         January 22, 2008

                              _____
                                     DENISE COTE
                              United States District Judge