**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**HYLA GOLD,** individually, and on behalf of all others similarly situated as class representative,

Plaintiff,

-against-

**CLEAR CHANNEL COMMUNICATIONS, INC.** and
**CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,**

Defendants.

_____

07-CIV-8204 (DLC)

NOTICE OF MOTION FOR RECONSIDERATION

**NOTICE OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

Please take notice that, upon the annexed Memorandum of Law in Support Of Plaintiff's Motion For Reconsideration and Declaration of Piper Hoffman in Support of Plaintiff's Motion for Reconsideration, Plaintiff will move, pursuant to Local Rule 6.3, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, for reconsideration of the Court's March 7, 2008 Order denying contact information for putative class and collective members.

Dated:  New York, New York
        March 20, 2008

Respectfully submitted,

By:   /s/ Piper Hoffman_____

**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**Attorneys for Plaintiff and the Putative Class**