**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone:  212-245-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____

**HYLA GOLD,** individually, and on behalf of all others similarly situated as class representative,

                              Plaintiff,      **07-CIV-8204 (DLC)**

   -against-

**CLEAR CHANNEL COMMUNICATIONS, INC.** and
**CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,**

**Declaration of Piper Hoffman in Support of Plaintiff's Motion for Reconsideration**

                            Defendants.

_____

     I, Piper Hoffman, declare, upon personal knowledge and under penalty of perjury, that the following is true and correct:

     1.    I am a partner at Outten & Golden LLP, attorneys for Plaintiff herein, and am an attorney in good standing admitted to practice in the State of New York and before this Court.  I make this declaration in support of Plaintiff's Motion For Reconsideration.

     2.    Attached as Exhibit A to this declaration is a true and correct copy of the pertinent pages of the transcript from the parties' telephonic conference before the Court on March 7, 2008.

3.  Attached as Exhibit B to this declaration is a true and correct copy of an Order of Magistrate Judge Henry Pitman, dated February 1, 2008, docket number 48, in the case *Hill v. Gristede's Operating Corp.*, 1:06-cv-10197 (LTS/HP) (S.D.N.Y.).

Dated: March 20, 2008
      New York, NY

/s/ Piper Hoffman_____

**Outten & Golden LLP**
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000

**Attorneys for Plaintiff and the Putative Class**