UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
HYLA GOLD, individually and on
behalf of all others similarly          :
situated as class representative,
                                        :
            Plaintiff,                       ORDER
                                        :
      -against-                              07 Civ. 8204 (DLC)(MHD)
                                        :
CLEAR CHANNEL COMMUNICATIONS, INC.      :
and CLEAR CHANNEL OUTDOOR HOLDINGS,
INC.,                                   :

            Defendants.                 :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


      It is hereby


      **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **THURSDAY, MAY 8, 2008 at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.



Dated: New York, New York
       March 26, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Adam T. Klein, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Cara Elizabeth Greene, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Piper Hoffman, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Rachel Megan Bien, Esq.
Outten & Golden, LLP (NYC)
3 Park Avenue, 29th Floor
New York, NY 10016

Leni Dylan Battaglia, Esq.
Morgan, Lewis & Bockius LLP (New York)
101 Park Avenue
37th Floor
New York, NY 10178

Christopher A. Parlo, Esq.
Morgan, Lewis & Bockius LLP (New York)
101 Park Avenue
37th Floor
New York, NY 10178