| | | |
|---|---|---|
| **Outten & Golden LLP**<br>Adam T. Klein (AK 3293)<br>Piper Hoffman (PH 4990)<br>Cara E. Greene (CG 0722)<br>Rachel Bien (RB 6919)<br>3 Park Avenue, 29th Floor<br>New York, New York 10016<br>Telephone: 212-245-1000 | **Morgan, Lewis & Bockius LLP**<br>Christopher Parlo (CP 4310)<br>Leni Battaglia (LB 4704)<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: 212-309-6000 | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 3/27/08 |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

HYLA GOLD, individually, and on behalf of all others similarly situated as class representative,

          Plaintiff,

-against-

CLEAR CHANNEL COMMUNICATIONS, INC. and CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,

          Defendants.

**JOINT STIPULATION TO SCHEDULE OPPOSITION AND REPLY TO PLAINTIFF'S MOTION TO RECONSIDER**

07-CIV-8204 (DLC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

(1) Defendants' will file an Opposition to Plaintiff's Motion to Reconsider (attached hereto as Exhibit A), by April 10, 2008.

(2) Plaintiff's will file a reply to Defendants' Opposition to Plaintiff's Motion to Reconsider by April 17, 2008.

So ordered.

*[signature]*
March 27, 2008

Dated: March 26, 2008

OUTTEN & GOLDEN LLP

By: _____

Piper Hoffman (PH 4990)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
*Attorneys for Plaintiff*

Dated: March 26, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Christopher Parlo (CP 4310)
101 Park Avenue
New York, NY 10178
(212) 309-6000
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.