Outten & Golden LLP
Adam T. Klein (AK 3293)
Piper Hoffman (PH 4990)
Cara E. Greene (CG 0722)
Rachel Bien (RB 6919)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: 212-245-1000

Morgan, Lewis & Bockius LLP
Christopher Parlo (CP 4310)
Leni Battaglia (LB 4704)
101 Park Avenue
New York, New York 10178
Telephone: 212-309-6000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

HYLA GOLD, individually, and on behalf of all others similarly situated as class representative,

   Plaintiff,

-against-

CLEAR CHANNEL COMMUNICATIONS, INC. and
CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,

   Defendants.

JOINT STIPULATION TO
FILE AN AMENDED
COMPLAINT

07-CIV-8204 (DLC)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

(1) In order to add Title VII claims pursuant to a Notice of Right to Sue Issued by the Equal Employment Opportunity Commission, Plaintiff may file an Amended Complaint (attached hereto as Exhibit A) on or before February 19, 2008.

(2) Defendants, through their counsel Morgan, Lewis & Bockius LLP, agree to accept and admit service of the Amended Complaint.

(3) The parties agree that, upon the filing of this Stipulation, Defendants will have thirty (30) days to file an Answer to the Amended Complaint.

So ordered-
/s/ Denise Cote
March 31, 2008

1

Dated: March 27, 2008

OUTTEN & GOLDEN LLP

By: _____

Piper Hoffman (PH 4990)
3 Park Avenue, 29th Floor
New York, NY 10016
(212) 245-1000
*Attorneys for Plaintiff*

Dated: March 27, 2008

MORGAN, LEWIS & BOCKIUS LLP

By: _____

Christopher Parlo (CP 4310)
101 Park Avenue
New York, NY 10178
(212) 309-6000
*Attorneys for Defendants*

SO ORDERED:

_____
U.S.D.J.

2