# EXHIBIT C

1

1       Timothy Kennedy, 110 East

2       42nd Street, New York, New York 10017,

3       being first duly sworn/affirmed, was

4       examined and testified as follows: ,

5    BY MS. GREENE:

6       Q. Good morning, Mr. Kennedy.  My name

7    is Cara Greene.  I'm an attorney and I

8    represent the plaintiff, Hyla Gold, in

9    this matter.

10         Before we begin, I want to

11    give you a few instructions.  I know you

12    have seen a deposition at least before,

13    but just so that we all remember what the

14    ground rules are, first of all, do you

15    understand that you are under oath?

16       A. Yes.

17       Q. And do you understand that this is

18    the same oath that you would take in a

19    courtroom?

20       A. Yes.

21       Q. If you don't hear or understand a

22    question I ask you, please feel free to

23    ask me to repeat it or rephrase the

24    question.  I will do so.  That means if I

25    do ask a question and you answer, you

66

1    Q. Any other departments other than

2    those five that you have just listed?

3    A. No.

4    Q. And each one of those departments

5    has a department head?

6    A. Correct.

7    Q. Who is the department head of sales

8    for the New York market?

9    A. Lou Giordano.

10    Q. Do each of the markets that we have

11    been discussing those forty-eight markets

12    within the United States, do they each

13    have these different departments within

14    their markets?

15    A. I'm not sure.  I know there is

16    based on various market needs structure is

17    different based on the market.  For

18    example, how you need to set up an operate

19    New York is quite different than operating

20    Wichita.  So, for example, their real

21    estate and public affairs may be just one

22    person versus broken out.  Each market has

23    its own ability to create their management

24    structure based on what they need to do so

25    to operate within their market.  I don't

67

1    know each and every market how they are.

2    I know in the big world that's how it's

3    set up from market number 1 down to mark

4    forty-eight or whatever.

5       Q. Okay.  Looking at these, not as

6    discrete departments, but as functions

7    within a market, does each market have an

8    operations function or component of the

9    market?

10           MR. PUMA:  Objection to the

11    form.

12           THE WITNESS:  Yes.

13    BY MS. GREENE:

14       Q. Does each market have a real estate

15    component to the market?

16       A. Yes.

17       Q. Does each market have a publicly

18    affairs component to the market?

19       A. Yes.

20       Q. Does each market have a finance

21    components to that market?

22       A. Yes.

23       Q. And does each market have a sales

24    component within the market?

25       A. Yes.

95

1    action would be and whether there

2    would be a class or collective action,

3    not the merits of any particular

4    exemption.  That has been clear from

5    the start in this case and, to me,

6    this is a perfect example of sending a

7    notice on certain topics and then

8    trying to get information the witness

9    is not prepared for.

10        As to the duties of these

11    various employees, the witness is

12    prepared to testify about that now.

13    He is prepared to testify how they are

14    compensated and the other topics.  The

15    goals and objectives of the company

16    overall as to how it uses different

17    lines of business have nothing to do

18    with these areas.  It seems to me that

19    we should move on and continue more

20    productive approach to this and work

21    toward the settlement discussions

22    which this has no relation to.

23        THE COURT:  This is -- I

24    see the structure of the analysis of

25    this particular issue.  I think

96

1    discovery on this first phase is due

2    to end April 11 which is this week.

3    In any event, I'm looking at a letter

4    from plaintiff's counsel describing

5    what the parties agreed the scope of

6    this discovery would be and the letter

7    is dated January 18 and it describes

8    on page 2 that the discovery would be

9    limited to topics that are "Reasonably

10   necessary for the settlement

11   conference."  As a result, I can't

12   really enforce deposition discovery in

13   the way that I would normally if we

14   were talking about discovery on the

15   merits.  If they were discovery on the

16   merits, there could be no instruction

17   not to answer unless it were on the

18   ground of privilege.  But, the parties

19   had agreed to have some limited

20   discovery to see if it would help them

21   settle this case at a preliminary

22   phase and, as a result, really,

23   they're master's of their own destiny

24   here.

25        If the defendant refused to

97

1    answer these questions that are given

2    in a deposition to assist settlement

3    discussions, then they may be tying

4    their hands with respect to

5    plaintiff's willingness to settle.

6    They deprive plaintiff of what the

7    plaintiff considers important

8    information for those settlement

9    conversations to succeed.

10        On the other hand, or as

11    well, defendant should bear in mind

12    that to the extent that they refuse to

13    give information at this initial

14    phase, I am going to allow plaintiff

15    to explore these areas with a properly

16    noticed deposition when we get into

17    full fledged merit discovery and there

18    won't be an instruction not to answer

19    that I will uphold other than on the

20    grounds of privilege at that time.

21    So, I'm not going to order the witness

22    to answer.

23        The parties have created

24    sort of an odd animal here in terms of

25    the kinds of discovery that is going

98

1    forward, so I can't apply the

2    customary rules and it hamstrings the

3    plaintiff in the settlement

4    discussion, then the defendant will

5    not be able to settle this case early

6    and will just move into full fledged

7    discovery.  That's the upshot and

8    that's what we will address since we

9    have a June conference if I remember

10    correctly in terms of the date.

11         So, I'm not going to order

12    the witness to answer.  I hope counsel

13    continue to cooperate with each other

14    and you lay the basis for fruitful

15    settlement discussion.

16         MR. PUMA:  Thank you, your

17    Honor.

18         MS. GREENE:  Thank you,

19    your Honor.

20         (Luncheon recess taken.)

21         (Afternoon session

22    resumed.)

23    BY MS. GREENE:

24    Q. In terms of the other Clear Channel

25    offices in other markets, do you know if

99

1    they use these same employee handbook that

2    you use?

3       A. I do not know.

4       Q. Who would know?

5       A. I guess the people who distribute

6    the books.

7       Q. Who distributes the books?

8       A. I don't know.  I guess the HR

9    department of Clear Channel.

10      Q. By that, do you mean HR department

11   of Clear Channel Communications?

12      A. Yes.  I believe they are the ones

13   that assemble it and ship it out.

14      Q. Okay.  Do you participate in

15   meetings with the presidents/general

16   managers of other markets?

17      A. No regular meetings, no.

18      Q. Have you ever participated in

19   meetings with other presidents of other

20   markets?

21      A. Yes.

22      Q. When was that?

23      A. The last one was September of '05,

24   maybe, or '06.

25      Q. What was the purpose of that

113

1    towards the end. Do you see that?

2        A. Yes.

3        Q. Is that the website that you were

4    referring to?

5        A. Yes.

6        Q. And, so, on this website are job

7    descriptions for account executives?

8        A. I believe there are sample job

9    descriptions. I myself have not pulled

10    them off. I don't know if it's exactly

11    what it is, but they are supportive

12    information for various job descriptions.

13        Q. Okay. What are the job

14    responsibilities for an account executive?

15            MR. PUMA: Object to the

16        form.

17            THE WITNESS: They vary, you

18        know, to a large degree depending on,

19        you know, what particular account

20        executive position needs to be filled,

21        you know. For example, in the

22        New York market, an account executive

23        for someone that's going to be working

24        out of our Hudson Valley office will

25        vary greatly from an account executive

115

1    it's to, you know, work your client

2    base, prospect for new clients and

3    grow your business.  I mean how that

4    breaks down to each individual AE,

5    could be, you know, percentage of time

6    very different depending on who the AE

7    is and depending on, you know, where

8    their prospecting business and where

9    they are servicing business.

10    BY MS. GREENE:

11        Q. Okay.  Account executives in the

12    New York City or, I'm sorry, in the

13    New York market you indicated either

14    report to Lou Giordano or Frank?

15        A. Gerald Frankel.

16        Q. Is that correct?

17        A. That's correct.

18        Q. Do you know account executives

19    outside of the New York market, do you

20    know to whom they report within their

21    market?

22        A. No.

23        Q. Do you know if other markets also

24    have a V.P. of sales?

25        A. Yes.

116

1    Q. And, yes, you know?

2    A. Yes, I know.

3    Q. What is the answer, do other

4    markets also have V.P. of sales?

5    A. Yes.

6    Q. Does every market have a V.P. of

7    sales?

8    A. I don't believe so, no.

9    Q. Do you know which markets don't

10   have a V.P. of sales?

11   A. No.

12   Q. Do you know if the majority of

13   market have a V.P. of sales?

14   A. The majority of market do have a

15   V.P. of sales.

16   Q. Do account executive supervise

17   other employees?

18   A. No.

19   Q. Do they hire other employees?

20       MR. PUMA:  Objection to the

21   form.

22       THE WITNESS:  They don't

23   directly hire.  They might be involved

24   with support staff to some degree, but

25   they are not hiring or firing directly

117

1    themselves.

2    BY MS. GREENE:

3        Q. What types of activities does an

4    account executive engage in in order to do

5    the, what you describe, as their job work

6    the client base, prospects, new clients

7    and grow the business?

8        A. Again, depending on the client base

9    you work with and the prospecting you are

10    doing, it could vary greatly depending on

11    time. Activities include, you know,

12    knowledge of all the inventory.

13            MR. PUMA: He is going to

14    finish his answer. Don't cut him off

15    please.

16            THE WITNESS: Knowledge of

17    all the inventory, knowledge of the

18    media business, knowledge of the

19    competition, knowledge of resources

20    available to support selling efforts,

21    whether its prospecting, servicing

22    your business, time management, you

23    know, Communication skills to be able

24    to interact with various parties of

25    people and then, you know, then

145

1    is working in the Hudson Valley who is

2    probably doing a lot more on the street

3    running, booking one little sign at a

4    time.  So, they might have more volume of

5    new clients booked in terms of dollars.

6    It's probably significantly less than

7    others.  So, again, it's just -- it varies

8    completely, you know, from one AE to

9    another, certainly, from month-to-month,

10    year-to-year.  Someone who might have had

11    a large chunk of previous booked business,

12    that client now moved his buying to

13    Chicago and they lost that segment of

14    their business, so that prebooked business

15    that was layering in year after year may

16    now be gone and now that person is doing a

17    lot more churning and burning and having

18    to sell more deals in a shorter time to

19    make up that money.  So, there is no set

20    way to say, you know, these groups of AE

21    predominantly have a lot of book business

22    and they just sit there and do that.  It's

23    virtually, you know, changing upstream/

24    downstream all the time.

25        Q. You mentioned that you have to run