# EXHIBIT D

3/25/2008  Gold, Hyla  - Vol #1

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------x

HYLA GOLD, on behalf of herself and all

others similarly situated,

Plaintiff,

-against-                    Civil Action No.

1:07-CV-08204-DLC

CLEAR CHANNEL COMMUNICATIONS, INC. and

CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,

Defendants.

---------------------------------------x

March 25, 2008

9:42 A.M.

Videotaped Deposition of

Plaintiff, by HYLA GOLD, taken by Defendant,

pursuant to Rule 30(b)(1) of the Federal

Rules, at the offices of Morgan, Lewis &

Bockius LLP, 101 Park Avenue, New York, New

York 10178-0060, before Arta Pascullo, a

Registered Professional Reporter and Notary

Public within and for the State of New York.

```
 1
 2     A P P E A R A N C E S:
 3            OUTTEN & GOLDEN LLP
                   Attorneys for Plaintiff
 4                 3 Park Avenue, 29th Floor
                   New York, New York 10016
 5
              BY:   CARA E. GREENE, ESQ.
 6
 7
              MORGAN, LEWIS & BOCKIUS LLP
 8                 Attorneys for Defendant
                   101 Park Avenue
 9                 New York, New York 10178-0060
10            BY:   CHRISTOPHER A. PARLO, ESQ.
                   LENI D. BATTAGLIA, ESQ.
11
12     ALSO PRESENT:
13                 VANESSA M. VILLANUEVA
                   Corporate Counsel
14                 Clear Channel
                   200 East Basse Road
15                 San Antonio, Texas 78209-8328
16
                   TIMOTHY KENNEDY
17                 President New York Division
                   Clear Channel
18                 110 East 42nd Street
                   New York, New York 10017
19
20                 ROBERT McDONALD - Videographer
21
22
23
24
25
```

3/25/2008  Gold, Hyla  - Vol #1

```
 1                    H. Gold

 2   your discussion with her?

 3         A.    During our discussion?  No.

 4         Q.    You saw her after she ceased

 5   working at Clear Channel at a luncheon and you

 6   discussed with her, whether she would be

 7   willing to speak with a lawyer on your behalf?

 8         A.    Yes.

 9         Q.    Do you remember anything else in

10   the discussion with her?

11         A.    That would have been it.

12         Q.    Other than Lynn Jackson, Theresa

13   Lomony, Francine Marchese and Carolyn Walkin,

14   have you spoken with any other former or

15   present employee of Clear Channel employees,

16   about any of the allegations that you have

17   made in the case?

18         A.    I don't believe so.

19         Q.    Am I correct that you haven't

20   spoken with any other current or former Clear

21   Channel employee about your wage and hour

22   claims?

23         A.    To the best -- I don't believe I

24   have.

25         Q.    You haven't spoken with any
```

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2    about this case?

3         A.    I don't believe so.

4         Q.    Have you had any e-mails with

5    Lynn Jackson at any time about anything

6    relating to this case?

7         A.    No, I don't believe so.

8         Q.    Am I correct that you don't have

9    any written communication from any employee

10   indicating that they would like to join your

11   case?

12        A.    I don't believe so.

13        Q.    Do you have any proof or evidence

14   that there is any employee, current or former

15   employee of Clear Channel, who wants to join

16   this action with respect to your overtime

17   claims?

18        A.    I don't understand the question.

19        Q.    Sure.

20             Do you have a piece of paper,

21   tape recording, conversation, anything, any

22   kind of evidence that any other current or

23   former employee of Clear Channel, wants to

24   join you in your overtime claims?

25        A.    No.

3/25/2008  Gold, Hyla  - Vol #1

1                 H. Gold

2     before putting proposals together I would say,

3     let's make this competitive from the start,

4     whatever; can I do these rates.  Situations

5     are different for different clients.  I can't

6     recall a situation.

7          Q.    That is why I'm trying to go back

8     to your point about when you were negotiating

9     rates with clients, you would do that through

10    the AE?

11         A.    Again, situations are different.

12    When I say negotiate, that is after I have

13    given rates.  I think you are changing my

14    words around too.

15              THE WITNESS:  I'm sorry, can I

16         take a break for the bathroom?

17              MR. PARLO:  Of course.

18              THE VIDEOGRAPHER:  Time noted

19         11:37 A.M.

20              (Recess taken.)

21              THE VIDEOGRAPHER:  This is

22         videotape 3.  Back on the record 11:43

23         A.M.

24         Q.    Ms. Gold, when we talk about

25    buses or subways or billboards or walls, I've

```
1                    H. Gold
2          Q.    For example, when you wanted to
3     send your mass e-mail to everybody, you had a
4     list of those people?
5          A.    Correct.
6          Q.    And you had your people on your
7     mass list, your e-mail list?
8          A.    Yes.
9          Q.    That was different from Theresa's
10    list?
11         A.    Correct.
12         Q.    During the period from 2000 to
13    2005, was it part of what you did to keep your
14    national AE's up to date on what media
15    products existed in New York?
16         A.    I'm sorry.  Can you --
17         Q.    Sure.
18               Was it part of what you did, to
19    keep the national AE's in the market you
20    worked with, up to date on what their media
21    products were in New York?
22         A.    Yes.
23         Q.    And if something new became
24    available, you would update them on that?
25         A.    Yes.
```

3/25/2008  Gold, Hyla  - Vol #1

```
1                    H. Gold
2          Q.    I'm talking about a format.
3          A.    For the most part, I had a format
4     except if there was and AE that had their own
5     format.
6          Q.    When you were developing the
7     proposals, did you tailor them to the client
8     and situation?
9          A.    Yes.
10          Q.    As opposed to using the exact
11     same proposal for every single time for every
12     situation?
13          A.    Yes.
14          Q.    That is what I mean?
15          A.    Yes.
16          Q.    Did you recommend the same
17     products to the same clients every time?
18          A.    If that is all we had available,
19     yes.
20          Q.    But if you had some of each of
21     the media products from your whole inventory,
22     did you recommend the same products to the
23     same clients every single time?
24                MS. GREENE:   Objection.
25          A.    It really depended on the
```

3/25/2008  Gold, Hyla  - Vol #1

```
1                    H. Gold
2    requests.  It really had to do with what they
3    were looking for.  I would tailor it to their
4    needs.
5         Q.    I know that maybe not 2000 or
6    2005, at some point there were jewelry clients
7    in your market?
8         A.    Yes.  I'm sure there were.
9         Q.    Watches and jewelry, for example?
10        A.    Yes.  I'm sure.
11        Q.    Let me do it a different way.
12   Give me an example from 2000 to 2005, if you
13   can, of what you would consider a company that
14   wanted high-end space.  I don't care what it
15   cost.  Get me the best flashiest space.
16        A.    Again, you had auto clients that
17   want the best.  Everyone wants the best.  Even
18   if they can't afford it.  It could be
19   multiple.
20        Q.    Were there certain products that
21   you knew because of their cost were
22   appropriate to recommend to certain clients,
23   but not to others?
24        A.    Yes.
25        Q.    Did you always work during 2000
```

1                     H. Gold

2          A.    She's salaried, I believe.

3          Q.    Does she get overtime, if you

4     know?

5          A.    I don't believe so.

6          Q.    Are there people in the New York

7     office, who have a different role than her,

8     called national sales service executives?

9          A.    Are you referring to what I used

10    to do?

11         Q.    Yes.

12         A.    Yes.

13         Q.    Do you supervise any of those

14    people?

15         A.    No.

16         Q.    You don't supervise any of them

17    in the New York office and you don't supervise

18    any of them outside of New York office; is

19    that right?

20         A.    Correct.

21         Q.    You don't do personnel appraisals

22    or personnel reviews for any of those people,

23    do you?

24         A.    No.

25         Q.    For the national sales service

1                    H. Gold

2     people in Chicago to pick an office, do you

3     know what they do each day?

4           A.    On a personal basis, no.  I know

5     they are working on requests on a -- national

6     salespeople.  They are assigning them.

7           Q.    Other than knowing that they are

8     working on request, do you know what they do

9     each day?

10               MS. GREENE:  Objection.

11               MR. PARLO:  I'll ask it a

12          different way.

13          Q.    Can you tell me the name of a

14     national sales service executive, who is

15     working in Chicago today?

16          A.    Yes.

17          Q.    Give me a name?

18          A.    Sue Grillo.

19          Q.    Sue?

20          A.    Grillo.

21          Q.    Do you know exactly what she did

22     last week?

23          A.    I didn't have any correspondence

24     with her last week.

25          Q.    Did you have any contact with her

```
 1                    H. Gold
 2    last week?
 3         A.    No.
 4         Q.    Give me the name of a person in
 5    Los Angeles who is the national sales service
 6    account executive?
 7         A.    Jace Jessan.
 8         Q.    Did you work with him last week?
 9         A.    Yes.
10         Q.    Do you know what he did every day
11    last week?
12         A.    I can't account for other
13    people's daily schedule.
14         Q.    Is there any material that you
15    have, written or otherwise that shows you what
16    each one of the national sales service account
17    executives are doing every day?
18         A.    I don't understand what you mean.
19         Q.    Do you have some kind of
20    documentation that tells you what all of the
21    national sales service account executives are
22    doing each day around the country?
23         A.    I just know when -- no.  I don't
24    know what they are doing every day.
25         Q.    Do you know if every single one
```

1                    H. Gold

2    rides with?

3              MS. GREENE:  Objection.

4              MR. PARLO:  I'll withdraw the

5         question.

6         Q.    How many national sales service

7    account executives in other markets have you

8    been on rides with?

9         A.    Recently?

10        Q.    At any time.

11        A.    Myself and other markets?

12        Q.    Yes.

13        A.    It's been a couple.

14        Q.    More than two?

15        A.    There might have been more than

16   two.  I don't remember.

17        Q.    More than five since September

18   2000?

19        A.    In other markets?

20        Q.    Yes.

21        A.    If I was visiting a market, it

22   was probably three or four.  I do not

23   remember.

24        Q.    You don't know if last week, each

25   of the national sales service account

```
1                    H. Gold
2    executives went on a ride with someone, do
3    you?
4              MS. GREENE:  Objection.
5         A.    I only know they are on a ride
6    based on me calling them and I get their voice
7    mail or e-mail.
8         Q.    Other than that, do you know if
9    all of the national sales service account
10   executives were doing rides last week?
11        A.    No.  I do not know.
12        Q.    Do you know if all of the
13   national sales service account executives
14   developed proposals last week?
15        A.    Just based on the amount of
16   business there is, I'm assuming they do, but I
17   don't know for sure.
18        Q.    And how many of the national
19   sales service account executives oversee other
20   people or supervise other people?
21             MS. GREENE:  Objection.
22             MR. PARLO:  I'll rephrase the
23        question.
24        Q.    How many of the national sales
25   service account executives supervise one or
```

```
1                    H. Gold
2      more other people?
3            A.    They probably supervise their
4      sales assistant.  I believe --
5            Q.    Do you know?
6            A.    I don't know.
7            Q.    How many national sales service
8      account executives run some or all of their
9      office?
10               MS. GREENE:  Objection.
11            A.    What do you mean by run the
12     office?
13            Q.    Run the office, manage the
14     office.
15            A.    I don't believe anyone does.
16            Q.    Do you know if anyone does?
17            A.    I don't believe I do.  Or I don't
18     believe so.
19            Q.    How many national sales service
20     account executives also perform national
21     account executive duties?
22            A.    What do you mean?
23            Q.    Import and export simultaneously?
24            A.    There are some markets with
25     people.
```

1                    H. Gold

2        Q.    How many?

3        A.    I can't be sure.

4        Q.    What percentage of the national

5   sales service account executives do both?

6        A.    I don't know.  I don't know.

7        Q.    Can you name the people who you

8   know of, who do both?

9        A.    I -- offhand no, I can't.  I have

10   to think about it.

11            MR. PARLO:  Let's just change the

12        tape and then we will go for another

13        five minutes and take a break.

14            THE VIDEOGRAPHER:  This completes

15        video tape 3.  Off the record at 12:45

16        P.M.

17            (Recess taken.)

18            THE VIDEOGRAPHER:  This is

19        videotape No. 4.  Back on the record

20        12:46 P.M.

21        Q.    When I talk about import versus

22   export, do you know what I mean by that?

23        A.    Uh-huh.

24        Q.    How many people in the New York

25   office are involved in the import aspect of

1                    H. Gold

2     the New York office?

3          A.    Two.

4          Q.    Two?

5          A.    Uh-huh.

6          Q.    You and who else?  I'm sorry.

7     Who are the two people?

8          A.    When you say import, you mean

9     import business into New York?

10         Q.    Yes.

11         A.    It's not myself.

12               Presently?

13         Q.    Yes.

14         A.    There are two people.

15         Q.    Who?

16         A.    Theresa Lomony and Glenis.  I

17    can't remember Glenis' last name.

18         Q.    Like G-L-E-N-I-S maybe?

19         A.    Yes.

20               MR. PARLO:  Mr. Kennedy, do you

21          have Glenis' last name?

22               MR. KENNEDY:  Glenis Riley.

23         Q.    Other than Ms. Lomony and Ms.

24    Riley, who handle the New York side of the New

25    York office?

```
1                    H. Gold
2    know of national sales service account
3    executives --
4            A.     That are also managers?
5            Q.     -- that are managing the import
6    side of the business?
7            A.     Every office has a sales manager.
8            Q.     I'm not talking about a sales
9    manager.  I'm talking about someone who held
10   the position that you did for five years as a
11   national sales service account executive, not
12   a sales manager, how many sales service
13   account executives like you were from 2000 to
14   2005, manage other import people within their
15   office?
16           A.     If they oversee someone?
17           Q.     Yes.
18           A.     I don't know.
19           Q.     How many oversee all of the
20   import stuff in their office?
21           A.     I don't know.
22           Q.     Give me the name of one national
23   sales service account executive, who
24   supervises other import people in the office?
25           A.      In our office Theresa might even
```

3/25/2008  Gold, Hyla  - Vol #1

```
1                      H. Gold
2      supervise Glenis, I don't know.
3           Q.    Even in your own office, you
4      don't know if Theresa supervises Glenis?
5           A.    I don't know.  That is what I
6      have heard.  I don't know if that is true.
7           Q.    You said you knew of some
8      national sales service account executives, who
9      also have national account executive
10     responsibilities on the export side.  And you
11     couldn't tell me the name of anyone, correct?
12          A.    I just can't recall at this time.
13          Q.    You don't know the percentages of
14     time that the people who have both import and
15     export spend in import and export, do you?
16          A.    No, I don't know.  I can't.
17          Q.    How much do the national sales
18     service account executives get paid throughout
19     the country, do you know?
20               MS. GREENE:  Objection.
21          A.    I wouldn't know.
22          Q.    Do you know how many of them get
23     paid over $100,000 per year?
24          A.    I don't know.
25          Q.    Do you know how many of the
```

1                    H. Gold

2    national sales service account executives

3    regularly travel outside of their market to

4    try to develop more business in their markets?

5          A.    I know they do.  I don't know

6    what the percentage is.

7          Q.    Do you know how many of them do

8    that?

9          A.    A lot of them do that.

10          Q.    Do you know how many of them do

11    it regularly?

12          A.    I'm sure -- there is a handful

13    that regularly travel.  I'm sure there is a

14    handful that regularly travel.

15          Q.    Do you know how many national

16    sales service account executives set the rate

17    card prices for their markets?

18          A.    I don't believe they do.

19          Q.    Do you have any information

20    whether they do or they don't?

21          A.    Mostly rate cards, again, is for

22    managers.  I don't know.  Maybe they have

23    input.  I can't be 100 percent certain.

24          Q.    You don't know if some national

25    sales service account executives, set the rate

1                    H. Gold

2     cards for their markets, do you?

3          A.    I don't believe they do, but I

4     could be wrong.

5          Q.    Do you know what performing

6     audits means?

7          A.    Uh-huh.

8          Q.    How many national sales service

9     account executives perform audits for their

10    markets?

11         A.    I'm sorry, can you repeat that?

12         Q.    How many national sales service

13    account executives perform the audits for

14    their markets?

15         A.    Isn't an audit an accounting

16    function?

17         Q.    I asked you if you knew what

18    audits were.

19         A.    Yeah.  I don't believe any do.

20         Q.    You talked earlier about

21    charting.

22         A.    Uh-huh.

23         Q.    Do you do the charting for your

24    office?

25         A.    No.

3/25/2008  Gold, Hyla  - Vol #1

```
 1                    H. Gold
 2          Q.    When you were a national sales
 3   service account executive, did you do the
 4   charting for your office?
 5          A.    No.
 6          Q.    How many national sales service
 7   account executives do the charting for their
 8   office?
 9          A.    I don't believe any.  But, again,
10   I could be wrong.  Maybe smaller markets that
11   don't have a lot of people.  I don't believe
12   so.
13          Q.    It's possible that in some
14   smaller markets, the national sales service
15   account executives do the charting also,
16   right?
17          A.    It could be possible.
18          Q.    It's possible that those national
19   sales service account executives also set the
20   rate cards, right?
21          A.    It could be possible.
22          Q.    It's possible that in the smaller
23   markets that the national sales account
24   executive oversee the whole office?
25          A.    I don't believe so.
```

3/25/2008  Gold, Hyla  - Vol #1

1                        H. Gold

2           Q.    Did you do anything with digital

3    outdoor when you were national sales service

4    account executive?

5           A.    We started a digital urban panel

6    network.  I tried to sell that.

7           Q.    Other than trying to sell that,

8    were you the manager for it?

9           A.    No.

10          Q.    How many national sales service

11   account executives are also the national --

12   excuse me.  Also the outdoor digital -- strike

13   that.

14                How many, if you know, national

15   sales service account executives are also the

16   digital outdoor network manager for their

17   markets?

18          A.    I don't believe any.

19          Q.    How many when you were national

20   sales service account executive, how many

21   casino traffic accounts did you have?

22          A.    I don't recall any.

23          Q.    Do you know what the national

24   account -- the national sales service account

25   executives do, who have casino traffic in

```
1                         H. Gold
2      their market?
3           A.    Right now I don't believe we are
4      allowed to have any.
5           Q.    Why is that?
6           A.    Company policy.
7           Q.    So, currently, you are not aware
8      of any individuals who do casino
9      traffic-related advertising?
10           A.    Actually, let me scratch that.
11      When you say "casino traffic," what do you
12      mean by that?
13           Q.    For example, the corridor between
14      Philadelphia and Atlantic City.
15           A.    I thought you meant casino
16      advertisers.  Can you repeat the question?
17           Q.    Sure.
18                Did you do any casino corridor,
19      like somewhere to Las Vegas or Philadelphia to
20      Atlantic City, how much of that work did you
21      do when you were national sales service
22      account executive?
23           A.    Some work.  I had clients that
24      wanted to target Atlantic City, so yeah, along
25      the New Jersey Turnpike.
```

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2          Q.    Did you sell any of the

3    advertising space between Philadelphia and

4    Atlantic City?

5          A.    Only in New York as a national

6    service.

7          Q.    That would be space in New York?

8          A.    Yes.

9          Q.    Do you know what the individuals,

10   for example, in the Philadelphia market do on

11   a day-to-day basis with respect to trying to

12   support the sales of casino corridor

13   advertising?

14         A.    I don't know.  I wouldn't know.

15   I'm sure a lot.

16              MS. GREENE:  Are we getting to a

17         breaking point?

18              MR. PARLO:  Yes.  Two or three

19         more questions.

20         Q.    Do you know how many of the

21   national sales service account executives

22   today, prepare marketing materials?

23              MS. GREENE:  Objection.

24         A.    What kind of materials, specific

25   material?

```
1                    H. Gold
2          Q.    Any kind of marketing materials.
3          A.    I'm sure they put their two cents
4     into it.
5          Q.    I mean preparing the actual
6     marketing materials.  Do you know how many do
7     that today?
8          A.    I know I put my own presentations
9     together.  You can call that a marketing
10    piece.  I'm sure everyone does.
11         Q.    Do you know for sure whether they
12    do or don't?
13         A.    I don't know for sure.
14         Q.    Do you know how many of the
15    national sales service account executives
16    themselves research and analyze market
17    demographics?
18         A.    I'm sure they do.  I don't know
19    for sure.
20              MR. PARLO:  Okay, it's okay to
21         take a break now.
22              MS. GREENE:  Yes.
23              THE VIDEOGRAPHER:  Off the record
24         at 12:58 P.M.
25              (Luncheon recess:  12:58 P.M.)
```

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2        A.    Online gambling, yes.

3        Q.    With respect to today, the

4    company's national sales service account

5    executives, on a person-by-person basis, do

6    you know how much time they each spend in or

7    out of the office?

8        A.    I don't know.

9        Q.    With respect to the national

10   sales service account executives on a

11   person-by-person basis, do you know what level

12   of supervision they are each receiving in

13   their respective offices?

14             MS. GREENE:  Objection.

15       A.    I'm sorry, can you rephrase the

16   question?

17       Q.    Sure.

18             With today, with respect to the

19   company's national sales as much as account

20   executives, do you know how much supervision

21   on a person-by-person basis, they are each

22   receiving or not receiving in their respective

23   offices?

24       A.    I don't know.

25       Q.    Do you know the educational or

1                    H. Gold

2    work history background of all of the national

3    sales service account executives today?

4              MS. GREENE:  Objection.

5         A.   Can you repeat, please?

6         Q.   Do you know the educational

7    history and work history of all of the

8    company's national sales service account

9    executives, who are working today?

10             MS. GREENE:  Objection.

11        A.   I don't know.

12        Q.   Do you know how many of them

13   spent years on the buying side, as you

14   described earlier today?

15        A.   I don't know.

16        Q.   Do you know how many of them had

17   previous marketing careers before becoming a

18   national sales service account executive?

19        A.   I don't know.

20        Q.   Do you know whether there are

21   national account executives throughout the

22   country who are performing some amount of

23   import work in their offices?

24        A.   I'm sorry, can you repeat that?

25        Q.   Sure.

3/25/2008  Gold, Hyla  - Vol #1

1                        H. Gold

2                 Do you know if currently, there

3        are national account executives who are doing

4        some amount or percentage of import work in

5        their offices?

6            A.    I don't know.

7            Q.    Do you know if there are some

8        sales managers in certain markets who are

9        performing some amount or portion of their job

10       doing import duties?

11           A.    I don't believe so.  I don't

12       know.

13           Q.    What is the basis for your

14       belief?

15           A.    Maybe if someone is out and they

16       are helping out, there could be.

17           Q.    You really don't know?

18           A.    No.  I really don't know.

19           Q.    It could be a sales manager in

20       Tucson who has 30 percent of his or her time

21       doing import work?

22                 MS. GREENE:  Objection.

23           A.    I don't know.

24           Q.    You don't know, but it's

25       possible?

**3/25/2008  Gold, Hyla  - Vol #1**

```
1                    H. Gold

2         Q.    Are you hoping to get chickens or

3    goats?  What are you hoping to get out of

4    this?

5              MS. GREENE:  Objection.

6         A.    What is legally due to myself,

7    yes.

8         Q.    Legally due chickens or goats,

9    what are you looking for?

10             MS. GREENE:  Objection.

11        Q.    You can answer.

12        A.    If it's money, yes, money.

13        Q.    If there is a legal basis for you

14   to get money in this suit, you are seeking

15   money?

16        A.    If it's something that is due to

17   myself and others in this position, in similar

18   positions, then yes.

19        Q.    I'm not concerned about others

20   right now.  I want to know if you are seeking

21   money in this action if it's legally available

22   to you?

23        A.    I suppose, yes.

24        Q.    Do you suppose or are you?

25        A.    Yes.
```

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2          Q.    Now, at some point you went from

3     being a national sales service account

4     executive to having a different position at

5     the company; is that right?

6          A.    Correct.

7          Q.    And what was the next position

8     you held?

9          A.    National AE.  Account executive.

10         Q.    Before becoming a national

11    account executive, tell me every client or

12    account that you had personally.

13               MS. GREENE:  Objection.

14         Q.    If any.

15         A.    Can you please repeat the

16    question or explain.  I don't get what you are

17    asking.

18         Q.    That is fine.  Would you look me

19    to repeat it?

20         A.    Yes.

21         Q.    Prior to becoming a national

22    account executive, so during the time that you

23    were a national sales service account

24    executive, did you have any clients yourself?

25         A.    There may have been one that I

1                    H. Gold

2    worked on.  I don't remember.  I might have

3    gone out on my own and tried to bring in some

4    more business.  I can't recall.  I don't know.

5        Q.    Let's just focus on the period of

6    March 2004 to March 2005, we will cut out the

7    earlier years.  From March 2004 to March 2005,

8    do you recall having any clients or accounts

9    of your own?

10        A.    It's possible I brought in some

11    business.

12        Q.    Do you remember any?

13        A.    Not right now.

14        Q.    So the clients or the accounts

15   that you worked with while you were a national

16   sales service account executive, were clients

17   or accounts of other individuals?

18        A.    While I was working as we

19   mentioned earlier.  I'm sorry, can you reframe

20   that question?

21        Q.    Absolutely.

22            So, when you were a national

23   sales service account executive, the clients

24   or customers with whom you worked were clients

25   or accounts of other people --

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2        A.    Correct.

3        Q.    -- is that right?

4        A.    Yes.  National account

5    executives, yes.

6        Q.    What was the first -- tell me the

7    accounts that you worked with when you were a

8    national account executive in 2005.

9        A.    I'm sorry.  Are you asking -- I'm

10   getting confused if you are asking as import

11   or national account executive, I'm sorry.

12              Can you are you repeat your

13   question?

14       Q.    At some point in 2005, you

15   switched your job?

16       A.    Uh-huh.

17       Q.    Would it be correct to say a

18   national account executive.

19       A.    Yes.  Okay, I just wanted to

20   clarify that, yes.

21       Q.    In that role, did you continue to

22   perform your national sales service account

23   executive duties?

24       A.    No.

25       Q.    Were those duties assumed by

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2                    Was Dan doing national sales

3    service account executive work for you?

4           A.    No.

5           Q.    He was doing it for national

6    account executives outside of New York,

7    correct?

8           A.    Yes.

9           Q.    Tell me now the accounts that you

10   had or clients that you had in your position

11   starting in March of 2005 as a national

12   account executive.

13          A.    Verizon account.

14          Q.    Tell me what other accounts or

15   clients you had in 2005.

16          A.    That was the only one I was

17   assigned to.

18          Q.    Now, not limiting it to 2005,

19   while you were a national account executive,

20   were there any other accounts assigned to you?

21          A.    Not that I believe so.

22          Q.    Tell me the names of every client

23   or account you brought in, in 2005 while you

24   were a national account executive.

25          A.    I was only assigned to that

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2    account.

3         Q.    That was not my question.  Tell

4    me the names of any account or client you went

5    out and got and brought in.

6         A.    What do you mean?

7         Q.    Are you aware that national

8    account executives, one of their duties and

9    responsibilities is to go out and find new

10   clients for the company?

11              MS. GREENE:  Objection.

12        Q.    Go back a question.  Do you know

13   what national account executives do at Clear

14   Channel?

15        A.    Yes.

16        Q.    Is one of the things that they do

17   is go out and find new clients to bring into

18   Clear Channel?

19        A.    Yes.  However, I was -- I had a

20   responsibility to work on a large account and

21   told to devote my time to one large account.

22   It was never told to me, you know -- the

23   answer to your question is, no, I did not

24   bring new accounts in.

25        Q.    In 2005, did other national

1                    H. Gold

2    account executives at the company have large

3    accounts, if you know?

4         A.    I'm sure, yes.

5         Q.    And is it your understanding that

6    it was company policy that anyone who had a

7    large account, didn't need to try to bring in

8    new business?

9         A.    I think you misinterpreted my

10   question.  I didn't say that it wasn't my

11   responsibility.  I was hired to do a job to

12   work on an account and that is what I did.

13        Q.    But you knew you had a

14   responsibility to try to bring in additional

15   business, right?

16             MS. GREENE:   Objection.

17        A.    If the opportunity was there, I

18   would of course bring in new business.   It

19   wasn't my main.

20        Q.    How do national account

21   executives create opportunities to bring in

22   new business?

23        A.    I don't know.

24        Q.    Have you ever tried to bring in

25   business?

```
1                      H. Gold
2           A.    Prospecting.
3           Q.    And how --
4           A.    Leads.
5           Q.    When have you tried to do that?
6           A.    There has been multiple times.
7           Q.    Is that something you currently
8    attempt to do?
9           A.    Yes.
10          Q.    How do you attempt to do that?
11          A.    Through leads.  Through
12   reading -- seeing competitors up on boards,
13   magazine ads, internal ads.  Various
14   prospecting, basically.
15          Q.    Were there leads that existed in
16   2005?
17          A.    Again, at that time I was asked
18   to work on one account and one account only.
19   I was given a budget for one account.  It was
20   a large account that I devoted my whole time
21   to.  I worked numerous hours.  I did not have
22   time go out and try to bring in new business.
23          Q.  Let me repeat my question.  Did
24   leads exist in 2005?
25          A.    I don't know.  I'm sure there
```

186

3/25/2008  Gold, Hyla  - Vol #1

```
 1                    H. Gold
 2    given a lead.
 3          Q.    Is the only way that leads exist
 4    within Clear Channel is when national AE's are
 5    given leads?
 6          A.    No.
 7          Q.    You said leads exist every day.
 8          A.    Yes.
 9          Q.    I asked you if they existed in
10    2005, you said yes.  Did you follow up on any
11    of those leads?
12          A.    In 2005, no.  And again, I was
13    hired to work on one specific account that
14    required a lot of detail and attention and
15    numerous hours in a day.
16          Q.    Is it your position that you
17    couldn't work on anything else?
18          A.    There wasn't enough hours in the
19    day.
20          Q.    Because of the Verizon account,
21    you couldn't go out and prospect for any more
22    clients; is that right?
23          A.    I did not want to -- my objective
24    was to look out for my clients' needs.  If
25    they need me 24/7, I was at their disposal.
```

1                    H. Gold

2    Verizon account.

3        A.    I would work with the account

4    team and try to bring in additional revenues.

5    Basically, make sure the current programs are

6    running correctly.   The other day

7    conversations with them again, sending them

8    new updated hot avails for list.   Basically,

9    every day was something different.   There was

10   never a lot of time that I wasn't not helping

11   them somehow.

12       Q.    Are you aware of any other

13   national account executive who only has one

14   client or one account?

15       A.    I don't know.

16       Q.    Are you aware of any other

17   national account executive who didn't make any

18   attempts to bring in new business?

19       A.    I don't know.

20       Q.    Are you aware of any other

21   national account executives who didn't make

22   any effort to prospect for new business?

23            MS. GREENE:   Objection.

24       A.    Again, I don't know.   People are

25   assigned accounts.   The agencies are assigned

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2     too.  We all prospect.  We have agencies on

3     our list.  I'm sure there were.  I don't know.

4     My answer is I don't know.

5           Q.    That is a pretty long answer.

6     I'll ask the question again.

7                 Are you aware of any national

8     account executive who did not attempt to bring

9     in or prospect for new business?

10                MS. GREENE:  Objection.

11          A.    I don't know.

12          Q.    So, as part of your duties and

13    responsibilities you said one of them was to

14    try to bring in revenues?

15          A.    Increase revenues.

16          Q.    How do national account

17    executives increase revenues?

18          A.    Continue selling the stuff to our

19    clients.

20          Q.    They make sales, right?

21          A.    Sales, yes.

22          Q.    They sell new media products

23    to -- strike that.

24                They sell media products to

25    potentially new clients, correct?

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2              MS. GREENE:  Objection.

3        Q.    Do they?

4        A.    I --

5        Q.    Do national account executives

6    attempt to increase revenues by selling media

7    products to new clients?

8        A.    New?  I don't know new.  Existing

9    clients, yes.  I don't know if they are

10   selling to new clients.  Their account lists,

11   yes.

12        Q.    You don't know whether national

13   account executives try to make sales of media

14   products to new clients?

15        A.    I can't answer what they are

16   doing with their accounts and clients.

17        Q.    You don't know what they are

18   doing?

19        A.    I can't answer for other people.

20   In a sense, I know what they are doing.  I'm

21   not going to answer for someone else.

22        Q.    So how are you trying to increase

23   revenues?

24              MS. GREENE:  Objection.

25        Q.    How are you -- strike that.

1                        H. Gold

2          A.     Yes.

3          Q.     How often would the lunches and

4     dinners occur?

5          A.     I don't remember.

6          Q.     Do you have any records of it?

7          A.     The company would have records.

8     I pass on expense reports.  I don't remember.

9          Q.     During the time that you were a

10    national account executive, do you know how

11    much time Sean McCaffery was spending out of

12    the office with his accounts.

13         A.     I don't know.

14         Q.     Do you know how many lunches or

15    diners he was doing weekly with accounts?

16         A.     I don't know.

17         Q.     Do you know how many times he was

18    going to visit the offices of his accounts?

19         A.     I don't know.

20         Q.     Was there anyone else in 2005

21    that was a national account executive in the

22    New York office?

23         A.     Yes.

24         Q.     Give me some names.

25         A.     Of national account executives?

3/25/2008  Gold, Hyla  - Vol #1

```
1                      H. Gold

2           Q.    Yes.

3           A.    Sean McCaffery, Sean Corbett,

4    Lynn Jackson, Ned Cullen.

5           Q.    Who was the third one?

6           A.    Lynn Jackson.

7           Q.    After that you said someone else?

8           A.    Ned Cullen.

9           Q.    How many accounts did Mr. Corbett

10   have in 2005, if you know?

11          A.    I don't know.

12          Q.    How many accounts did Ms. Jackson

13   have in 2005?

14          A.    I don't know.

15          Q.    How many accounts did Mr. Cullen

16   have in 2005?

17          A.    I don't know.

18          Q.    What prospecting activities was

19   Mr. Corbett engaging in, in 2005?

20          A.    I don't know.

21          Q.    What prospecting activities was

22   Ms. Jackson engaged in, in 2005?

23          A.    I don't know.

24          Q.    What prospecting activities was

25   Mr. Cullen involved in, in 2005.
```

3/25/2008  Gold, Hyla  - Vol #1

1                      H. Gold

2          A.    I don't know.

3          Q.    How much time did Mr. Corbett

4   spend outside of the office trying to make

5   sales in 2005?

6          A.    I don't know.

7          Q.    How many -- how often was Ms.

8   Jackson outside of the office in 2005 trying

9   to make sales?

10         A.    I don't know.

11         Q.    How often was Mr. Cullen outside

12  of the office in 2005 trying to make sales?

13         A.    I don't know.

14         Q.    Do you have any information about

15  how much time any national account executives

16  were spending in or outside the office in

17  2005?

18         A.    I do not know.  I can

19  guesstimate, but I don't want to guesstimate.

20  I don't know.

21         Q.    In your experience, would it be

22  fair to say that someone who has two accounts

23  may spend twice as much time out of the office

24  as someone who has one?

25              MS. GREENE:  Objection.

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2          A.    It depends on the amount of work.

3    Again, I worked with an agency on one account

4    that just had an abundance of work.  Some --

5    really, again, what is on your schedule, what

6    is on your plate.

7          Q.    It depends on the individual?

8          A.    It depends on what they are

9    working on.

10          Q.    Does it depend on the individual

11    national account executive?

12          A.    Can you repeat that.

13          Q.    Does the amount of time someone

14    spends inside or outside of the office depend

15    on the national account executive that we're

16    talking about?

17          A.    Everyone has their own way of

18    selling.  I don't know.  You know -- I don't

19    know.

20          Q.    You don't know whether there are

21    differences among national account executives

22    of how much time they spend inside and outside

23    of the office?

24          MS. GREENE:  Objection.

25          A.    Some people have success inside

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2    the office and some have success out.  I don't

3    know, people sell differently.

4          Q.    My question is, do you know

5    whether the amount of time inside or outside

6    the office depends upon the individual?

7          A.    I can't answer how people sell.

8          Q.    Is it your testimony that some

9    people spend more time in the office you think

10   than others?

11         A.    Again, I don't know.

12         Q.    Have you seen any company

13   policies about how much time national account

14   executives are supposed to spend inside or

15   outside the office?

16         A.    What do you mean?  I'm sorry

17         Q.    What I mean by company policy,

18   something in writing, something the company

19   distributes.

20              Have you seen any company

21   policies or procedures that say national

22   account executives are supposed to spend X

23   amount of time inside or outside the office?

24         A.    No, not that I have seen.

25         Q.    Were there any guidelines or

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2    anything you did to service the account.

3          A.    I don't remember offhand.

4          Q.    Are there any other duties and

5    responsibilities you carried out while you

6    were serving as a national account executive?

7          A.    I'm sure there was a lot I'm just

8    not thinking of right now.

9          Q.    Can you tell me any of the other

10   duties and responsibilities that Sean

11   McCaffery had during the same time that you

12   were a national account executive?

13         A.    Again, I don't remember what

14   agency he was assigned to.  I don't know.

15         Q.    Can you tell me any of the duties

16   and responsibilities that Mr. Corbett, Ms.

17   Jackson or Mr. Cullen had during the same time

18   that you were serving as a national account

19   executive?

20         A.    Again, offhand I don't remember

21   what accounts they were calling on.  I don't

22   know.

23         Q.    You don't know what they were

24   doing?

25         A.    I know that they were selling.  I

1                    H. Gold

2      just don't know who they were calling, what

3      agencies at the time.  I don't remember.

4          Q.    My question was, do you remember

5      what any of your other duties and

6      responsibilities were in 2005?

7          A.    What do you mean?

8          Q.    Which words do you not

9      understand?

10         A.    Can you repeat the question?

11         Q.    Do you remember what other duties

12     and responsibilities, if any, Mr. Corbett, Ms.

13     Jackson or Mr. Cullen had in 2005?

14             MS. GREENE:  Objection.

15         A.    Everyone is given a budget.

16     Everyone's duty is to make your budget, meet

17     your budget.  How they do it and their goals,

18     I don't know.

19         Q.    Meeting your budget means

20     bringing in more sales to meet your budget?

21         A.    Yes.

22         Q.    So, you don't know how Corbett,

23     Jackson and Cullen were going about making

24     sales to meet their budget, right?

25             MS. GREENE:  Objection.

1                          H. Gold

2          A.    Again, I don't know what they did

3    on a day-to-day basis.  I know they were going

4    to whoever they were assigned to and whoever

5    else were assigned products.  Beyond that, I

6    don't know what they were doing.

7          Q.    You know they were trying to make

8    sales to increase revenue and meet their

9    budgets, but you don't know how they were

10   doing it?

11         A.    I think you twisted my words.  I

12   know they were selling outdoor programs to our

13   clients.  Beyond what they were doing,

14   specifics?  I don't know specifics.

15         Q.    At some point you went from being

16   a national account executive to another

17   position; is that right?

18         A.    Correct.

19         Q.    And tell me what your duties and

20   responsibilities are in the new position.  Let

21   me go back.

22               You are still in that position

23   today?

24         A.    Yes.

25         Q.    And you have been in that

3/25/2008  Gold, Hyla  - Vol #1

```
 1                        H. Gold
 2          Q.     You did that by selling them more
 3     products?
 4          A.     Yes.
 5          Q.     The national business development
 6     position that you now hold, is there anyone
 7     else in the New York office who holds that
 8     position?
 9          A.     No.
10          Q.     Are you aware of anyone in any
11     other market who holds that position?
12          A.     I believe every office has one,
13     someone in that position.
14          Q.     What is your belief for that;
15     what is the basis for your belief?
16          A.     I don't know.  I believe there is
17     one in Dallas, Rod Thorburg.  I believe he's
18     in Dallas.
19          Q.     Can you tell me the names of any
20     other person anywhere else in the country who
21     you think holds a national business
22     development position?
23          A.     I don't know.
24          Q.     Do you have meetings of the
25     national business development people?
```

3/25/2008  Gold, Hyla  - Vol #1

1                      H. Gold

2          A.    No.

3          Q.    Do you have conference calls

4    among national business development people?

5          A.    No.  It was a job I never applied

6    for.  They just handed it to me.  They just

7    said, you are doing this.  I don't know,

8    really.  No one really trained me.  They just

9    said, here.  They gave me a couple of

10   agencies.

11         Q.    Have you ever been on a

12   conference call with any other business

13   development people?

14              MS. GREENE:  I believe she, to

15         clarify the business, she referred to

16         it as new business, not national

17         business development.

18              MR. PARLO:  Thank you.

19         Q.    Have you been in any meetings

20   with any other new business development

21   people?

22         A.    No.

23         Q.    Have you been on any conference

24   calls with any new business development

25   people?

3/25/2008  Gold, Hyla  - Vol #1

1                          H. Gold

2          A.    No.

3          Q.    Other than Mr. Thorburg, are you

4    aware of any other individuals who you think

5    hold a any new business development positions

6    anywhere in the country?

7          A.    Again, I don't know who they are.

8    I believe there are.  I don't know.  I don't

9    know who they are.

10          Q.    Do you supervise Mr. Thorburg?

11          A.    No.

12          Q.    Have you ever done a performance

13    appraisal on Mr. Thorburg?

14          A.    No.

15          Q.    You never watched him doing his

16    work?

17          A.    No.

18          Q.    Do you have any idea what he does

19    on a day-to-day basis?

20          A.    No.

21          Q.    Why is it that you think he's a

22    new business development person?

23          A.    Because when I was in import, he

24    would come to me and ask for proposals.

25          Q.    Could it be --

1                    H. Gold

2          A.    His title says new business, VP

3     new business.

4          Q.    Other than seeing a title of VP

5     new business, do you have any other basis for

6     believing he is a new business development

7     person?

8          A.    That is what is on his card.  No.

9          Q.    When he would come to you, was he

10    coming to you in the same capacity other

11    account executives were coming to you in?

12         A.    Yes.  He needed a New York

13    proposal.

14         Q.    He was trying to make sales to

15    his clients?

16         A.    Yes.

17         Q.    In order to assist him in doing

18    that, you would provide him with proposals

19    regarding the New York market and media

20    products?

21         A.    When I was in national import,

22    yes.

23         Q.    Other than bringing in sales,

24    which you did in part by increasing sales to

25    current agencies, is there anything else that

3/25/2008  Gold, Hyla  - Vol #1

1                    H. Gold

2     information and belief you have that there are

3     similarly situated current and former

4     employees who have been underpaid?

5          A.    I'm sorry, I don't understand

6     this question.

7          Q.    This is your complaint --

8          A.    Uh-huh.

9          Q.    -- right?

10         A.    Yes.

11         Q.    And in it you use the word "upon

12    information and belief."

13              MS. GREENE:   Objection.

14         Q.    Do you see that?

15         A.    Uh-huh.

16         Q.    What is the information and

17    belief you have that there are many similarly

18    situated current and former employees who have

19    been underpaid?

20         A.    If they are doing something to

21    me -- I'm sorry.  Can you just clarify your

22    question again?

23         Q.    Sure.

24              What is the information you

25    have -- we will break it down from information

1                       H. Gold

2    and belief.

3                       What's the information that you

4    have that other similarly situated current and

5    former employees have been underpaid?

6           A.    Again, it's information and

7    belief.  Just belief.

8           Q.    Do you have any information?

9                 MS. GREENE:   Objection.

10          A.    I again -- just based on personal

11   belief.

12          Q.    I understand personal belief.

13                Do you have any information,

14   actual information?

15                MS. GREENE:   Objection.

16          A.    I'm sure there is documentation.

17          Q.    Do you have any?

18          A.    That I can recall on me?  No, I

19   don't believe I do.

20          Q.    Somewhere, do you have this

21   documentation?

22          A.    I'm sure there is documentation.

23          Q.    What is it?

24          A.    Again, I don't know what you are

25   asking.

1                    H. Gold

2      similar positions, I definitely believe that

3      based on how we operate that if myself -- that

4      other people in this position with us would

5      also be under -- not accurately paid.

6             Q.    Other than your discussions with

7      lawyers that you shouldn't divulge anymore --

8             A.    I don't want to divulge

9      information.

10            Q.    Other than discussions with

11     lawyers, do you have any other information?

12            A.    I'm certain there are documents.

13     I cannot recall.

14                  MR. PARLO:  Do you want to take a

15            break?

16                  THE WITNESS:  Yes.

17                  THE VIDEOGRAPHER:  Off the record

18            at 5:12 P.M.

19                  (Recess taken.)

20                  THE VIDEOGRAPHER:  Back on the

21            record at 5:14 P.M.

22            Q.    Ms. Gold, on page 9 of your

23     complaint, at the top it says:

24                  "'Class members' have been

25            victims of a common policy and plan

1                    H. Gold

2          perpetrated by Defendants."

3                    What common policy and plan are

4     you referring to?

5                    MS. GREENE:  Objection.

6          Q.    You can answer.

7          A.    The wage and hourly.

8          Q.    The what?

9          A.    The lawsuit.  The suit on the

10    wage.

11         Q.    The Clear Channel common policy

12    and plan is the wage and hour lawsuit?

13         A.    I'm not sure which one this is

14    referring to.  If it's referring to

15    discrimination or the wage policy, to be

16    honest.

17         Q.    Can you identify any common

18    policy or plan that you claim violated your

19    rights?

20         A.    Again, I feel like my rights were

21    violated.

22         Q.    Through what common policy or

23    plan, if you are aware of any?

24         A.    No.  I'm not understanding your

25    question.

3/25/2008 Gold, Hyla - Vol #1

1
2

C E R T I F I C A T E                                          — — —

3

STATE OF NEW YORK        )
                         )  ss.:
4

COUNTY OF NEW YORK       )

5

              I, ARTA PASCULLO, a Registered

6

Professional Reporter and Notary Public

7

within and for the State of New York, do

8

hereby certify:

9

              That I reported the proceedings in

10

the within-entitled matter, and that the

11

within transcript is a true record of

12

such proceedings.

13

              I further certify that I am not

14

related, by blood or marriage, to any of

15

the parties in this matter and that I am

16

in no way interested in the outcome of

17

this matter.

18

              IN WITNESS WHEREOF, I have hereunto

19

set my hand this_____day of_____,

20

2008.

21

                        _____
22
                          ARTA PASCULLO, RPR
23
24
25

363