## CERTIFICATE OF SERVICE

I, Michael J. Puma, hereby certify that on this 10th day of April, 2008, a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration of the Decision on Her Motion to Compel (together with Exhibits A-D thereto) was filed electronically, is available for viewing and downloading from the ECF system, and was served by first class mail, postage prepaid, upon:

> Adam T. Klein
> Piper Hoffman
> Cara E. Greene
> Rachel Bien
> Outten & Golden, LLP
> 3 Park Avenue, 29th Floor
> New York, NY  10016
>
> Counsel for Plaintiff Hyla Gold

_____
Michael J. Puma