## CERTIFICATE OF SERVICE

I Leni D. Battaglia, hereby certify that on this 30th day of April 2008, Defendants' foregoing Answer to Amended Complaint and Defenses was filed electronically, is available for viewing and downloading from the ECF system, and was served by first class mail, postage prepaid, upon:

Piper Hoffman
Cara E. Greene
Rachel Bien
Outten & Golden, LLP
3 Park Avenue, 29th Floor
New York, NY  10016

Counsel for Plaintiff Hyla Gold

_____
LENI D. BATTAGLIA

1-NY/2307823.1