```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
HYLA GOLD, Individually and on behalf   :
of all others similarly situated as     :
class representative,                   :   07 Civ. 8204 (DLC)
                    Plaintiff,          :
                                        :           ORDER
             -v-                        :
                                        :
CLEAR CHANNEL COMMUNICATIONS, INC. and  :
CLEAR CHANNEL OUTDOOR HOLDINGS, INC.,   :
                    Defendants.         :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the parties shall make submissions to the Court in support of their settlement agreement no later than June 6, 2008. See Elliot v. Allstate Investigations, Inc., No. 07 Civ. 6078 (DLC), 2008 WL 728648 (S.D.N.Y. Mar. 19, 2008).

   SO ORDERED:

Dated:   New York, New York
         May 9, 2008

                                    _____
                                              DENISE COTE
                                    United States District Judge