UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HYLA GOLD, individually, and on behalf of all       :   No. 07-CV-8204
others similarly situated as class representative,
                                                    :
        Plaintiff,
                                                    :
    -against-
                                                    :
CLEAR CHANNEL COMMUNICATIONS, INC.
AND CLEAR CHANNEL OUTDOOR HOLDINGS,  :
INC.
                                                    :
        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

    WHEREAS, Plaintiff Hyla Gold (hereafter "Plaintiff") and Defendants Clear Channel Communications, Inc. and Clear Channel Outdoor Holdings, Inc. ("Defendants") have entered into an Agreement and General Release which includes a general release of all of Plaintiff's claims;

    NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their undersigned counsel, that all of the claims of Plaintiff are dismissed with prejudice and on the merits, and all of the claims of all putative class members are dismissed without prejudice, and that both dismissals are without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

MORGAN, LEWIS & BOCKIUS, LLP                OUTTEN AND GOLDEN LLP

By: _____           By: _____
    Christopher A. Parlo (CP-4310)               Piper Hoffman (PH 4990)

101 Park Avenue                             3 Park Avenue
New York, New York 10178                    29th Floor
tel: (212) 309-6000                         New York, New York 10016
Counsel for Defendants Clear Channel        tel: (212) 245-1000
Communications and Clear Channel            Counsel for Plaintiff Hyla Gold
Outdoor Holdings, Inc.

SO ORDERED:

*Having reviewed the June 6, 2008 sealed submission in support of court approval, and having found approval to be appropriate*

_____

June 9, 2008

*The Clerk of Court shall close the case.*

1-NY/2311949.9                              -11-